UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO.: 0:17-cv-60678-WPD

HOWARD COHAN,

    Plaintiff,

vs.                                      INJUNCTIVE RELIEF SOUGHT

DEJ HOTELS, LLC.,
a Florida Limited Liability Company,
d/b/a GALLERYONE – A DOUBLETREE,

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, DEJ HOTELS, LLC., a Florida Limited Liability Company, d/b/a GALLERYONE – A DOUBLETREE, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismiss this action with prejudice against DEJ HOTELS, LLC., a Florida Limited Liability Company, d/b/a GALLERYONE – A DOUBLETREE; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement.

    RESPECTFULLY SUBMITTED August 24, 2017.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Kevin M. Young** |
| Gregory S. Sconzo, Esq. | Kevin M. Young, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 114151 |
| The Law Office of Gregory S. Sconzo, P.A. | SEYFARTH SHAW LLP |
| PO Box 13079 | 1075 Peachtree Street, N.E. |
| North Palm Beach, FL 33408 | Suite 2500 |
| Telephone: (561) 444-7164 | Atlanta, Georgia 30309-3958 |
| Facsimile: (561) 491-9459 | Telephone: (404) 885-1500 |
| **Email:** sconzolaw@gmail.com | E-mail: kyoung@seyfarth.com |
| Attorney for Plaintiff | COUNSEL FOR DEFENDANT |

1

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on August 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                     **/s/ Gregory S. Sconzo**
                                                     **Gregory S. Sconzo, Esq.**