UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60678-CIV-DIMITROULEAS/SNOW

HOWARD COHAN,

    Plaintiff,

vs.

DEJ HOTELS, LLC.,
a Florida Limited Liability Company,
d/b/a GALLERYONE – A DOUBLETREE,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

All claims that were or could have been raised in this action are hereby **DISMISSED WITH PREJUDICE** except that this Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in the Agreement. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of August, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record